UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STONEWALL HANKINS, JR.,<br><br>Defendant. | Case No. CR01-5699-RJB<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

THIS MATTER having come before the court upon the motion of defendant for a reduction of sentence pursuant to 18 U.S.C. § 3582(c), and the court having found that the retroactive amendment to the crack cocaine guideline operates in this case to reduce the base offence level under USSG § 2D1.1 from 34 to 32, and the total offense level from 31 to 29, and as the United States Attorney's Office does not oppose the reduction, and the parties having agreed to the disposition in this case:

It is hereby **ORDERED** that the term of imprisonment originally imposed is reduced from 120 months imprisonment to 97 months of imprisonment. The United States Probation Office shall prepare an Amended Judgment reflecting the reduced sentence, said judgment to be effective March 3, 2008. The Clerk of the Court shall assure service of this Order on the Bureau of Prisons and the United States Marshal.

ORDER
Page - 1

It is further **ORDERED** that all other terms and provisions of the original judgment remain in full force and effect.

DATED this 29th day of February, 2008.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge